UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

ANTONIO HERNANDEZ SANCHEZ  )
  Plaintiff )
 )
 )  No. 5:10-cv-117 JMH
VS. )
 )
DAVID WILLIAMS )
  Defendant )

## FIRST AMENDED ANSWER OF THE DEFENDANT, DAVID WILLIAMS

Comes the Defendant, David Williams, by counsel, and for his First Amended Answer to the Plaintiff's original Complaint, filed herein, amends his original complaint to request a trial by jury, so that, as amended, the First Amended Answer of the Defendant, David Williams, reads as follows:

### FIRST DEFENSE

The Plaintiff's Original Complaint filed herein fails to state a cause of action against this Defendant for which proper relief can be granted.

### SECOND DEFENSE

The Defendant, David Williams, admits and denies as follows:

1.    The Defendant admits the averments contained in paragraphs 10, 11, and 12 of the Plaintiff's Original Complaint filed herein.

2.    The Defendant denies the averments contained in paragraphs 1-5 inclusively, 13, 16 through 24 inclusively, 26, 29, 31, 32, 35, 37, 39 except the Defendant admits there was a contract offered and that the language therein speaks for itself, 40, 45, 46, 48, 49, 50 through 53 inclusively, 56 through 60 inclusively, 63 through 67 inclusively, 69 through 73 inclusively, and 75 through 78 inclusively of the Plaintiff's Original Complaint filed herein.

3.    The Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity in the averments contained in paragraphs 6 through 9 inclusively, 14, 15,

EXHIBIT A

25, 27, 28, 30, 33, 34, 35, 36, 38, 41 through 44 inclusively, 47, 54, 55, 61, 62, 68, and 74 of the Plaintiff's Original Complaint filed herein.

4. All averments not specifically admitted are hereby denied.

### THIRD DEFENSE

5. The Defendant pleads as affirmative defenses accord and satisfaction, arbitration and award, payment, release, breach of contract by the Plaintiff, Antonio Hernandez Sanchez, and res judicata,

WHEREFORE, Defendant, David Williams, prays and demands as follows:

1. That the Plaintiff's Original Complaint filed herein be dismissed with prejudice;

2. For a trial by jury on all issues so triable;

3. For the Defendant's costs herein expended including a reasonable fee for the services rendered by the Defendant's attorney;

4. For any and all other proper relief to which the Defendant may be entitled.

_____/s/_____
DENNIS M. CLARE
Law Office of Dennis M. Clare, PSC
745 W. Main Street, Suite 250
Louisville, KY 40202
502-587-7400 - Telephone
502-587-6400 - Fax
Counsel for Defendant

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing First Amended Answer of the Defendant, David Williams, was served by electronic services, as provided in F.R.C.P. 5(b)(2)(E) and by facsimile (615-366-3349) this 4th day of February, 2011 to:

Mr. Douglas L. Stevick, Esq.
Southern Migrant Legal Services
311 Plus Park Blvd., Suite 135
Nashville, TN 37217
dstevick@trla.org

Stacie Jonas, Esq.
Mr. Douglas L. Stevick, Esq.
Southern Migrant Legal Services
311 Plus Park Blvd., Suite 135
Nashville, TN 37217
sjonas@trla.org

_____/s/_____
Dennis M. Clare