UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| ANTONIO HERNANDEZ SANCHEZ, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:10-CV-117-JMH |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAVID WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On March 25, 2011, the Court conducted a mediation. All parties either appeared or had a representative with appropriate settlement authority appear.

The mediation resulted in a full settlement.

This the 28th day of March, 2011.

TIC: 4 hours

Signed By:
*Robert E. Wier*   REW
United States Magistrate Judge