UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

_____
              )
**ANTONIO HERNANDEZ SANCHEZ,** )
              )
 **Plaintiff,**        )
              )  **Civil Action No. 5:10-CV-117-JHM**
**v.**             )
              )
**DAVID WILLIAMS,**      )
              )
 **Defendant.**       )
_____)

## AGREED NOTICE OF DISMISSAL

Pursuant to the Court's Order of April 27, 2011 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby file this Notice of Dismissal to discontinue the above-styled cause of action and dismiss the complaint with prejudice. Each party shall bear its own costs.

        Respectfully Submitted,

        **/s/ Stacie Jonas**_____
        Stacie Jonas
        Tennessee Bar No. 027334
        Douglas L. Stevick
        Tennessee Bar No. 021711
        SOUTHERN MIGRANT LEGAL SERVICES
        A Project of Texas RioGrande Legal Aid, Inc.
        311 Plus Park Blvd., Suite 135
        Nashville, TN 37217
        Telephone: (615) 750-1200
        Facsimile: (615) 366-3349

        ATTORNEYS FOR PLAINTIFF

        **/s/ Dennis Clare**
        Dennis Clare
        Law Office of Dennis M. Clare, PSC

>745 W. Main Street, Suite 250
>Louisville, KY 40202
>t@dennisclare.com
>Tel: 502-587-7400
>Fax: 502-587-6400
>
>ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

    I hereby certify that on this the 19th day of May, 2011, I electronically filed this document with the Clerk of Court using the ECF system, which sent notice of such filing to the attorney of record for Defendant.

>**/s/ Stacie Jonas**
>Stacie Jonas