```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF KENTUCKY
               CENTRAL DIVISION at LEXINGTON

ANTONIO HERNANDEZ SANCHEZ,    )
                              )
     Plaintiff,               )  Civil Action No. 5:10-117-JMH
                              )
v.                            )
                              )
                              )
DAVID WILLIAMS,               )          ORDER
                              )
     Defendant.               )

              **    **    **    **    **
```

The parties have submitted an Agreed Notice of Dismissal [DE 52], Fed. R. Civ. P. 41(a)(1)(A)(ii), dismissing Plaintiff's claims with prejudice.

Accordingly, **IT IS ORDERED** that the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET**.

This the 20th day of May, 2011.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge